UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DONALD GROSS,

        Plaintiff,

   against

JAMES R. RAY,

        Defendant.
----------------------------------------X

ORDER ADOPTING MAGISTRATE
REPORT AND RECOMMENDATION
05-CV-2840 (JS)(MLO)

APPEARANCES:

For Plaintiff:   Martin William Scherer, Esq.
                 Carb, Luria, Cook & Kufeld LLP
                 521 Fifth Avenue
                 New York, New York 10175

For Defendant:   No appearance

SEYBERT, District Judge:

      Upon review of Magistrate Michael L. Orenstein's Report and Recommendation, dated January 26, 2006, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety.

                                       SO ORDERED.

                                       /s/ JOANNA SEYBERT
                                       Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
          May 5, 2006